USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 0 2013

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAMOSA, CORP., <br><br> Plaintiff, <br><br> v. <br><br> SHOCKOE COMMERCE GROUP, LLC, <br><br> YOGA DIRECT, LLC, and <br><br> YOGA ACCESSORIES, LLC, <br><br> Defendants. | Case No.   13-cv-04854 (KBF) <br><br> CIVIL ACTION <br><br> **AGREED ORDER OF DISMISSAL** <br> **WITHOUT PREJUDICE** |

Plaintiff-Counterclaim Defendant Famosa, Corp., and defendants Shockoe Commerce Group, LLC, Yoga Direct, LLC and Yoga Accessories, LLC ("Defendants") have entered into a confidential settlement agreement with an effective date of August 15, 2013 (the "Settlement Agreement") and agreed to entry of this Agreed Order of Dismissal without Prejudice. This Court hereby states and orders and the parties hereby agree and stipulate as follows:

1. This Court has personal jurisdiction over the parties.

2. Venue is proper in this District.

3. Each party shall bear its own respective costs and attorneys' fees in connection with such dismissal.

4. All claims are dismissed without prejudice.

| | |
|---|---|
| SHOCKOE COMMERCE GROUP, LLC, YOGA DIRECT, LLC AND YOGA ACCESSORIES, LLC | FAMOSA, CORP. |
| By their attorneys, | By its attorneys, |
| *[signature]* | *[signature]* |
| Thomas J. Dillon, III<br>Admitted E.D. Virginia Bar<br>(Not admitted in this District)<br>Hirschler Fleischer<br>The Edgeworth Building<br>2100 East Cary Street<br>Richmond, Virginia 23223 | Matthew W. Siegal<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-6444 (phone) |

**SO ORDERED:**

Dated: 9/10, 2013

K. B. Forrest

Honorable Katherine B. Forrest, U.S.D.J.

2

NY 74742880